# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1066
Lower Tribunal No. 2023-CF-004434

_____

WESLY DALMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Mark F. Carpanini, Judge.

July 31, 2026

SMITH, J.

We affirm the convictions and sentences of Appellant, Wesley Dalmas. We remand for correction of the following scrivener's errors found on the face of the judgment and order of probation as raised in Appellant's motion to correct sentencing errors filed pursuant to Florida Rule of Criminal Procedure 3.800(b)(2). The offense designation for count three which presently states "possession of a weapon by a convicted felon" shall be corrected to state "possession of a weapon by a delinquent." Additionally, the order of probation which presently states that

Appellant was found guilty by "jury verdict" shall be corrected to state Appellant was found guilty by "guilty plea." Appellant need not be present for these corrections.

AFFIRMED and REMANDED with instructions.

TRAVER, C.J., and WHITE, J., concur.

Blair Allen, Public Defender, and Karen M. Kinney, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Manager II Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED